UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Michael E. Wolfe, #346590, | ) C/A No. 4:18-1350-RBH-TER |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| Nfn. Rynolds, | ) |
| Nfn. Sharp, | ) |
| Nfn. Rogers, | ) |
| Nfn. McCullough, | ) |
| Nfn. Richardson, et al., | ) |
| Defendants. | ) |

This is a civil action filed by a state prisoner, proceeding *pro se* and *in forma pauperis*. The original complaint had been fully authorized for service on all defendants. A prior court order directed collection of the fee by the agency with custody in accordance with statute. An Amended Complaint was filed on August 20, 2018, which also named a new Defendant, Delp. (ECF No. 45). The Amended Complaint was authorized for service. On October 17, 2018, the district judge adopted the undersigned's recommendation that Defendants Kline and O'Neal be terminated because Plaintiff had provided no additional information for service after submitting service documents several times. (ECF No. 80). On October 17, 2018, in response to Plaintiff's Motion for Leave to file a Second Amended Complaint, the court ordered Plaintiff to file one complete Second Amended Complaint. (ECF No. 87). On November 9, 2018, Plaintiff did so and the court granted the Motion. (ECF Nos. 99, 101).

**TO THE CLERK OF COURT**:

Defendants Kline and O'Neal are not to be added back to the docket; they were appropriately terminated previously by the district judge and Plaintiff has provided no new information for service of those Defendants. **Other served, counseled Defendants have received service of the Second Amended Complaint via the ECF system**. It is not necessary for the Clerk to issue further summonses and Forms USM-285.

**TO DEFENDANTS**:

Defendants are directed to file an Answer to the Second Amended Complaint or otherwise plead. By adoption of the prior report and recommendation, the dismissal of Defendants Kline and O'Neal, as Plaintiff has provided no new information in regard to these Defendants, remains and no answer is due from such defendants.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
November 14, 2018                  Thomas E. Rogers, III
Florence, South Carolina        United States Magistrate Judge